# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christian David Burch | ) | Case No. |
| | ) | 3:23-mj-00375-MMS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2023__ in the county of _____ in the _____ District of __Alaska and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants |
| 49 U.S.C. § 46506(1) | Application of Certain Criminal Laws to Acts on Aircraft |
| 18 U.S.C. § 113(a)(5) | Simple Assault within Maritime and Territorial Jurisdiction |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Katie Yarborough

☑ Continued on the attached sheet.

*Complainant's signature*

Katie Yarborough, Special Agent, FBI
*Printed name and title*

**Signed electronically and sworn telephonically.**

Date: 06/25/2023

City and state: Anchorage, Alaska

Hon. Matthew M. Scoble, Chief U.S. Mag. Judge
*Printed name and title*